IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON YONAI,

        Petitioner,                 No. CIV S-07-2197 GEB EFB P

    vs.

WALKER, Warden, et al.,

        Respondents.          <u>ORDER</u>

                                  /

        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.[1] A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the application that

---

[1] Two days after petitioner filed the petition in this action, he filed a second petition in the action designated, *Yonai v. Walker*, No. 2:07-2222 LKK JFM. On January 25, 2008, the magistrate judge assigned to the second action recommended that it be dismissed as duplicative of this action. Those findings and recommendations were adopted in full by the district judge assigned to the second action, and the action was dismissed. Rather than filing objections to the magistrate judge's findings and recommendations in the second action, petitioner filed objections in this action, and expressed his desire to abandon this action. Docket No. 4. Since the second action was subsequently dismissed, the court disregards plaintiff's filing. If petitioner still wishes to abandon this action, he may promptly file a notice of voluntary dismissal before respondent files an answer.

1

the petitioner is not entitled to relief.

Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(1). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

Accordingly, it is hereby ordered that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's October 16, 2007, petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California. The Clerk of the Court also shall serve on the Senior Assistant Attorney General the consent form used in this court.

Dated: May 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE